BEFORE THE THIRD DIVISION, OCTOBER 13, 1939

**No. 42440.**—Petition 5703-R of G. Gennert, Inc. (New York).

Opinion by CLINE, J. It appeared that the petitioner consulted the examiner and made his entry at the value at which he was able to purchase American manufactured products of the same kind. It was found that there was no intention to misrepresent the facts or to defraud the revenue. The petition was therefore granted. Abstract 36918, *Golding* v. *United States* (T. D. 49078), and *Snow* v. *United States* (C. D. 13) followed.